Wayne BURTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1957.

Marcus Mann, Salyersville, for appellant.

Jo M. Ferguson, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal by Wayne Burton from a judgment of the Magoffin Circuit Court of guilty of shooting and wounding J. T. Lykins in sudden heat of passion without previous malice. The penalty imposed is imprisonment in jail for six months and payment of a fine of $500. KRS 435.180.

We find no prejudicial error in the trial. The motion for an appeal is overruled, and the judgment stands affirmed.